IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEVIN RAY PEARCY
ADC #146408                                                                                    PLAINTIFF

v.                                              No. 5:15-cv-364-DPM

WENDY KELLEY, Director, ADC                                                       DEFENDANT

## JUDGMENT

Pearcy's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 December 2015